1  Susan St. Vincent
   Yosemite Legal Officer
2  Armin M. Najafi
   Acting Legal Officer
3  NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California 95389
   Telephone: (209) 372-0241
6



FILED

JUL 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-MJ-066-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| MARIO HUIZAR, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. In the normal course of my duties, I learned that defendant Mario HUIZAR has failed to pay a fine of $590 and a $10 special assessment, totaling $600 as ordered by this Court.

As the acting legal officer, I am aware that HUIZAR was charged with driving a motor vehicle at a time when his driving privilege was suspended or revoked for prior

1

refusal of a chemical test, in violation of Title 36 Code of Federal Regulations §4.2, assimilating California Vehicle Code §14601.5(a).

On September 13, 2016, HUIZAR plead guilty to <u>Count 1</u>: Driving a motor vehicle at a time when his driving privilege was suspended or revoked for prior refusal of a chemical test.  HUIZAR was sentenced to 12 months of unsupervised probation with the conditions he obey all laws; report any new violations to the Court through counsel; pay a $590 fine and $10 special assessment, for a total of $600, at a rate of $60 per month commencing at the end of September 2016, and each month thereafter by the 15th of the month until paid in full.  The government alleges HUIZAR has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:     FAILURE TO PAY FINE

HUIZAR was ordered to pay a $590 fine and $10 special assessment, for a total of $600, at a rate of $60 per month commencing at the end of September 2016, and each month thereafter by the 15th of the month until paid in full.  As of the date of this affidavit, HUIZAR has not made any payments.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge

07/26/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/26/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California