Susan St. Vincent
Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HUIZAR,<br><br>Defendant. | DOCKET NO. 6:16-mj-066-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

On August 02, 2016 Mario HUIZAR was charged with driving a motor vehicle at a time when his driving privilege was suspended or revoked for prior refusal of a chemical test, in violation of Title 36 Code of Federal Regulations §4.2, assimilating California Vehicle Code §14601.5(a). On September 13, 2016, HUIZAR plead guilty to Count 1: Driving a motor vehicle at a time when his driving privilege was suspended or revoked for prior refusal of a chemical test. HUIZAR was sentenced to 12 months of unsupervised probation with the conditions he obey all laws; report any new violations to the Court through counsel; pay a $590 fine and $10 special assessment, for a total of $600, at a rate of $60 per month commencing at the end of September 2016, and each month thereafter by the 15th of the month until paid in full.

On July 26, 2016 the Government filed an Affidavit of Alleged Probation Violation

1

charging that HUZIAR had failed to pay the fine. A hearing was scheduled for August 08, 2017. On August 01, 2017, defense counsel provided the Government with proof that HUIZAR paid the fine on June 19, 2017. Accordingly, the Government herewith withdraws its Allegation of Probation Violation in this matter.

Dated: August 2, 2017                              By: /S/ Armin M. Najafi
                                                   Armin M. Najafi
                                                   Acting Legal Officer
                                                   Yosemite National Park, CA

**ORDER**

The Court orders, at the government's request, that the Statement of Alleged Probation Violation filed on July 26, 2017 in Case NO. 6:16-mj-066-MJS be retracted.

IT IS SO ORDERED.

Dated:   August 2, 2017                            /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE