HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARIO HUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00066-MJS |
| Plaintiff, | **MOTION TO VACATE AUGUST 8, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| MARIO HUIZAR, | |
| Defendant. | |

Defendant Mario Huizar hereby requests that the Court vacate the August 8, 2017 review hearing. The government is in agreement with the request.

On September 13, 2016, the Court sentenced Mr. Huizar to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $590.00 fine and a $10.00 penalty assessment.

On July 26, 2017, the government filed an affidavit of alleged probation violation, alleging that Mr. Huizar failed to pay the fine and penalty assessment. On August 2, 2017, the government filed a motion to withdraw the allegation of probation violation.

Mr. Huizar has paid the entire amount of his fine and his penalty assessment, and has no new law violations or failures to report. Accordingly, Mr. Huizar has complied with all conditions of his probation, and he requests that his August 8, 2017 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 7, 2017
/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARIO HUIZAR

## **O R D E R**

Based on the representation that Mr. Huizar is in compliance with the conditions of his probation, in case number 6:16-mj-00066-MJS, the Court vacates the review hearing scheduled for August 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 7, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE