HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JAMES REDMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00075-MJS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE AUGUST 8, 2017 REVIEW HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES REDMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for James Redman, that the Court continue the August 8, 2017 review hearing to September 27, 2017. Additionally, the parties stipulate to continue the sixty day suspended custody sentence for ninety days from the day of this stipulation.

On September 14, 2016, the Court sentenced Mr. Redman to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a $30.00 penalty assessment, forfeit the weapon that was confiscated, and refrain from possessing a firearm, ammunition, destructive device, or any other dangerous weapon. Additionally, the Court sentenced Mr. Redman to sixty days in custody, suspended for

the first twelve months of probation.

On July 26, 2017, the government filed an affidavit of alleged probation violation, alleging that Mr. Redman failed to obey all laws as a result of an alleged incident in November 2016 and in June 2017. The government also alleges that Mr. Redman failed to notify of the June 2017 alleged incident.

Defense counsel has been in contact with Mr. Redman, and additional time is requested to locate any documentation related to the probation violation allegations. Mr. Redman resides in Lancaster. Additional time will allow the parties to resolve this matter in a single hearing and a continuance of the review hearing until September 27, 2017, at 10:00 a.m. will conserve time and resources for both the parties and the Court. Accordingly, the parties request that the Court continue the August 8, 2017 review hearing until September 27, 2017, at 10:00 a.m. Additionally, the parties request the suspended custody time be continued for ninety days from the date of this stipulation. Mr. Redman remains on probation until September 14, 2018.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 7, 2017          */s/ Susan St. Vincent*
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: August 7, 2017          */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              JAMES REDMAN

Redman – Stipulation to Continue
Review Hearing

2

**O R D E R**

     **GOOD CAUSE APPEARING**, the above stipulation to continue the August 8, 2017 review hearing in Case No. 6:16-mj-00068-MJS to September 26, 2017, at 10:00 a.m., and to suspend service of the previously ordered sixty day custody sentence for ninety days from the date of this Order is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

    Dated:   August 7, 2017        /s/ *Michael J. Seng*

                                  UNITED STATES MAGISTRATE JUDGE